COPY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

November 6, 2015

Melanie F. Wilson, Clerk
State Court of DeKalb County
547 Church St.
Decatur, GA 30030

**Re:** ***Joseph v. Prudential Investment Management, Inc. et al***
**Your Case Number: 15A56472E2**
**Our Case Number: 1:15-cv-03109-LMM**

Dear Ms. Wilson:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court. Please acknowledge receipt of the order upon the copy of this letter provided.

Sincerely,

James N. Hatten
Clerk of Court

By: s/Kayla Washington
Deputy Clerk

Enclosure

FILED IN THIS OFFICE
THIS 12 DAY OF Nov 2015
[signature]
Clerk, State Court, DeKalb County

2015 NOV 12 ... 12: 11

STATE COURT OF DEKALB COUNTY
DEKALB COUNTY COURTHOUSE
ADMINISTRATIVE TOWER, SUITE 210
556 N. MCDONOUGH STREET
DECATUR, GEORGIA 30030

Put the convenience of
e-Filing to work for you.
www.dekalbstatecourt.net

U.S. POSTAGE PITNEY BOWES
ZIP 30030 $ 000.48[5]
02 1W
0001389212 NOV 23 2015

CLEARED
NOV 25 2015
U.S. Marshals
Atlanta Ga

KAYLA WASHINGTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

3030383318 C039

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 25 2015

JAMES N. HATTEN, Clerk
By: Deputy Clerk